THE FIRST NATIONAL BANK OF SOMERVILLE v. CORNE-
LIUS S. HOFFMAN, T. FRANK APPLEBY AND LEWIS
M. CODDINGTON.

Submitted April 14, 1902—Decided June 9, 1902.

Where a prior endorser has paid a judgment on a note and taken an
assignment of the same, it should be canceled as to a subsequent
endorser.

On rule to show cause why the judgment entered in the
above cause against Lewis M. Coddington should not be can-
celed.

Before Justices FORT, HENDRICKSON and PITNEY.

For the rule, *William V. Steele.*

*Contra, Ruliff V. Lawrence.*

PER CURIAM.

This is an application to cancel a judgment as to Lewis M.
Coddington, the last endorser on the note upon which judg-
ment is entered. A prior endorser has paid the judgment
to the judgment creditor and taken an assignment of the
judgment. There is no ambiguity upon the face of the note,
and nothing is imported except the usual contract of endorse-
ment. The prior endorser, having paid the note, he cannot
hold it against the applicant. As between them, he is not
liable upon the note, nor can the prior endorser enforce the
judgment against the applicant. These facts are not disputed.

An order may be entered canceling the judgment against
Lewis M. Coddington. Neither party will be allowed costs.